UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

           Petitioner,

v.

THOMAS L. JENSEN,

           Respondent.
_____/

Case No. 1:06-MC-84
           1:06-MC-85
Hon. Gordon J. Quist
U.S. District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION AND ENFORCEMENT ORDER

_____

    Pursuant to the Court's Show Cause Orders of July 10, 2006 which were referred to the Magistrate Judge for hearing and recommended decision and based upon the Court's review of the Magistrate Judge's Report and Recommendation of August 17, 2006,

    IT IS ORDERED that the two Internal Revenue Service summonses issued to Respondent, Thomas L. Jensen, on March 30, 2005, in the matter of the federal income tax liability for the years 2002, 2003 and 2004, and the collection of tax liabilities for Thomas L. Jensen for the periods December 31, 1995, December 31, 1999, and December 31, 2001 be enforced, and the Court having fully considered the Report and Recommendation of the Magistrate Judge,

    IT IS ORDERED that the Report and Recommendation of the Magistrate Judge is hereby adopted by the Court, and

    IT IS ORDERED that the Respondent appear before Revenue Officer John Engels or a designated representative, of the Internal Revenue Service, at Mecosta County Building Lobby, First Floor, 400 Elm Street, Big Rapids, Michigan 49307, on September 25, 2006 at 10:00 a.m.,

then and there to be sworn, to give testimony, and to produce for examination and copying the books and records demanded by the two summonses served upon Thomas L. Jensen on March 30, 2005, the examination to continue from day to day until completed, and

IT IS ORDERED that a copy of this Order be served upon Respondent Thomas L. Jensen, and

IT IS FURTHER ORDERED that Petitioner's costs be assessed against the Respondent.


Dated: September 13, 2006     /s/Gordon J. Quist
                              Honorable Gordon J. Quist
                              U.S. District Court Judge